BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-mc-0035-MCE-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| 2014 PORSCHE PANAMERA S; VIN: WP0AB2A75EL056429; LICENSE NUMBER: 7EYU646 | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Johnny Luong ("claimant"), by and through their respective counsel, as follows:

1.	On or about January 23, 2015, claimant Johnny Luong filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the 2014 Porsche Panamera S; VIN: WP0AB2A75EL056429; LICENSE NUMBER: 7EYU646 ("defendant vehicle"), which was seized on October 2, 2014.

2.	The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is April 23, 2015.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 22, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 22, 2015.

Dated:   4/17/15                         BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney


Dated:   4/17/15                          /s/ John S. Harrison
                                         JOHN S. HARRISON
                                         Attorney for Claimant Johnny Luong

                                         (Authorized via email)


IT IS SO ORDERED.

Dated:  April 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation to Extend Time to File Complaint